## SUPREME COURT OF MONTANA

| State v. Moog 2016 MT 82N | DA 14-0557 Affirmed | 04/05/16 | Dist. 1 (Lewis and Clark) |
|---|---|---|---|
| Welscott v. Allstate 2016 MT 83N | DA 15-0588 Affirmed | 04/05/16 | Dist. 18 (Gallatin) |
| State v. Shaffer 2016 MT 84N | DA 15-0597 Affirmed | 04/05/16 | Dist. 22 (Carbon) |
| King v. State 2016 MT 85N | DA 15-0374 Affirmed | 04/05/16 | Dist. 8 (Cascade) |
| A.O. v. 13th Judicial District Court | OP 16-0173 Denied | 04/05/16 | Original Proceeding Supervisory Control |
| Bell v. O'Fallon | OP 16-0182 Denied | 04/05/16 | Original Proceeding Habeas Corpus |
| Boy Scouts of America v. 8th Jud. Dist. Ct. | OP 16-0075 Denied | 04/05/16 | Original Proceeding Supervisory Control |
| The Estates v. City of Whitefish 2016 MT 87N | DA 15-0486 Affirmed | 04/12/16 | Dist. 11 (Flathead) |
| Alvarez v. Geshell 2016 MT 88N | DA 15-0450 Affirmed | 04/12/16 | Dist. 21 (Ravalli) |